# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

NO. 03-24-00539-CV
NO. 03-25-00132-CV

---

**Victoria VanBuren, Appellant**

**v.**

**Daniel Urban, Appellee**

---

**FROM THE 455TH DISTRICT COURT OF TRAVIS COUNTY
NO. D-1-FM-23-001227, THE HONORABLE AMY CLARK MEACHUM, JUDGE PRESIDING**

---

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

The above-referenced cause numbers arise from the same trial-court cause, Cause No. D-1-FM-23-001227, and concern the same final, appealable order. Appellant filed the appeal in cause number 03-24-00539-CV from the trial court's order rendering judgment on a jury verdict finding grounds for annulment of the parties' marriage. We abated that appeal because the parties informed us that the remaining issues had been tried in a bench trial and that a final and appealable order was expected soon. After the trial court signed the final and appealable order, we reinstated that appeal, allowing it to proceed. *See* Tex. R. App. P. 27.1 ("[A] prematurely filed notice of appeal is effective and deemed filed on the day of, but after, the event that begins the period for perfecting the appeal."). We subsequently granted appellant's

attorney's motion to withdraw. Soon thereafter, appellant, acting pro se, filed a new notice of appeal that was docketed as cause number 03-25-00132-CV.

On the Court's own motion, we consolidate for all purposes the appeal in cause number 03-24-00539-CV with the appeal in cause number 03-25-00132-CV. Accordingly, all records filed in cause number 03-24-00539-CV shall be transferred to cause number 03-25-00132-CV. The consolidated appeal shall proceed under appeal number 03-25-00132-CV, and cause number 03-24-00539-CV is hereby dismissed.

The reporter's record has not been filed in either cause number. On or before **Friday, April 25, 2025,** appellant shall provide this Court with (1) written verification that payment has been made to the court reporter for the reporter's record and (2) written verification that a request to the court reporter for the record has been made. If the Court does not receive the required documentation within the time specified, the Court will consider the appeal without the reporter's record, and appellant will be expected to file a brief on or before **Monday, May 12, 2025**. *See* Tex. R. App. P. 37.3(c).

Before Justices Triana, Theofanis, and Crump

03-24-00539-CV        Dismissed

03-25-00132-CV        Consolidated

Filed:   April 10, 2025

2